NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**KRUSE TECHNOLOGY PARTNERSHIP,**
*Plaintiff-Appellant,*

v.

**DAIMLER AG, DAIMLER VANS
MANUFACTURING, LLC, MERCENDES-BENZ USA,
LLC, AND MERCEDES-BENZ U.S.
INTERNATIONAL, INC.,**
*Defendants-Appellees,*

AND

**VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF
AMERICA, INC. (DOING BUSINESS AS AUDI OF
AMERICA, INC.)**
*Defendants-Appellees.*

---

2012-1351, -1352

---

Appeals from the United States District Court for the Central District of California in case no. 10-CV-1066, Judge James V. Selna.

---

**ON MOTION**

---

## ORDER

Kruse Technology Partnership requests that Chrysler Group, LLC, Detroit Diesel Corporation, Western Star Tuck Sales, Inc., and Daimler Trucks North America, LLC be removed from the official caption, because these parties were voluntarily dismissed during the district court action.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

JUN 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly.
Clerk

cc:  John Francis Sweeney, Esq.
     John B. Sganga, Jr., Esq.
     Scott W. Doyle, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 6 2012

JAN HORBALY
CLERK